UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FNU DHONDUP NAMGYAL      ,

Plaintiff(s),

v.

JADDOU ET AL      ,

Defendant(s).

Case No.  3:23-cv-02856- LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I,  PRERNA P. LAL , an active member in good standing of the bar of DISTRICT OF COLUMBIA , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: FNU DHONDUP NAMGYAL  in the above-entitled action. My local co-counsel in this case is LIZBETH MATEO , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: #315936 .

700 N St. Mary's St, San Antonio TX 78205

MY ADDRESS OF RECORD

5107351573

MY TELEPHONE # OF RECORD

PRERNA@LALLEGAL.COM

MY EMAIL ADDRESS OF RECORD

8703 La Tijera Blvd Suite 209, Los Angeles, CA 90045

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(800) 875-0158

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

LIZBETH@MATEOLAW.CO

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1021620 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  0  times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 06/09/2023                    /S/ Prerna P. Lal
                                            APPLICANT

5

6

7

8                           ORDER GRANTING APPLICATION

9                     FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Prerna P. Lal           is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: June 23, 2023

16

17

18                     UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# *Prerna Preshika Lal*

*was duly qualified and admitted on July 11, 2014 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on June 09, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*